**Order filed September 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00688-CV
_____

**SUBURBAN FARMS, INC. and
PARK ON WESTVIEW APARTMENTS, LP, Appellants**

**V.**

**CHAMPION ENERGY SERVICES, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1002750**

---

## O R D E R

The clerk's record was filed August 19, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record reflects that appellants filed a request for findings of fact and conclusions of law on June 12, 2013, but the request is not included in the record.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **September 23, 2013**, containing appellants' request for findings of fact and conclusions of law filed June 12, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM